**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 20-13545** |
| **Erika M Stevenson** : | **Chapter 13** |
| : | **Judge Magdeline D. Coleman** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **Chase Auto Finance** : | **Related Document #** |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Erika M Stevenson** : | |
| : | |
| **William C. Miller, Esq.** : | |
| **Respondents.** : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Chase Auto Finance, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Karina Velter
        Karina Velter, Esquire (94781)
        Adam B. Hall (323867)
        Sarah E. Barngrover (323972)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

20-017127_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 20-13545** |
| **Erika M Stevenson** | **Chapter 13** |
| | **Judge Magdeline D. Coleman** |
| **Debtor(s)** | ******************* |
| | |
| **Chase Auto Finance** | **Related Document #** |
| **Movant,** | |
| vs | |
| | |
| **Erika M Stevenson** | |
| | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, ecfemails@ph13trustee.com

Kenneth E. West, Attorney for Erika M Stevenson, dwabkty@aol.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Erika M Stevenson, 324 Westmount Dr, Collingdale, PA  19023-1022

/s/ Karina Velter

20-017127_PS