Cost Center: 0103A3B060 15021
Loc: 07/02/2020

Comcast Cable Communications
Management, LLC
One Comcast Center
Philadelphia PA 19103

# Earnings Statement

Page 001 of 001
Period Beginning: 06/14/2020
Period Ending: 06/27/2020
Check Date: 07/02/2020
Payroll Check #: 0009348644
Batch Number: 000000000647

ERIKA M STEVENSON
324 WESTMONT DRIVE
COLLINGDALE PA 19023

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Commissions | | | | 799.75 |
| Quarterly Frontline Bonus | | | | 1017.87 |
| Non-cash GU Result | | | | 205.28 |
| Regular | 16.280 | 71.63 | 1166.14 | 16720.12 |
| Overtime | 16.280 | 21.26 | 346.11 | 2385.40 |
| Holiday OT | | | | 224.33 |
| Shft 10% | 1.628 | 92.90 | 151.24 | 1933.01 |
| OT Prem | 8.820 | 10.43 | 91.99 | 0.00 |
| OT Prem | 8.960 | 10.83 | 97.04 | 1345.64 |
| Holiday Premium | | | | 122.61 |
| Vacation | 16.280 | 8.00 | 130.24 | 835.28 |
| Floating Holiday | | | | 214.23 |
| Flex Day | 16.280 | 0.37 | 6.02 | 219.66 |
| Holiday Pay | | | | 383.20 |
| Family Care PTO | | | | 260.48 |
| **Gross Pay** | | | **1988.78** | **26530.49** |

**Deductions: Statutory**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Income Tax | 184.95- | 2597.80- |
| Social Security | 114.66- | 1541.30- |
| Medicare | 26.81- | 360.46- |
| New Jersey Unemployment | 7.61- | 102.09- |
| New Jersey Workforce Devlpmt T | 0.84- | 11.34- |
| New Jersey Disability | 5.17- | 69.39- |
| New Jersey Family Leave Insur | 3.18- | 42.70- |
| Pennsylvania Income Tax | 56.77- | 762.93- |

**Deductions Before Tax**

| | This Period | Year-to-Date |
|---|---|---|
| Medical | 117.89- | 1532.57- |
| Dental | 19.40- | 252.20- |
| 401k pretax | 159.10- | 2102.38- |
| Vision | 4.17- | 54.21- |

**Deductions After Tax**

| | This Period | Year-to-Date |
|---|---|---|
| ESPP | 79.55- | 1058.45- |
| Supp LTD 60% | 6.97- | 93.31- |
| 401K Loan No Bal | 10.25- | 143.50- |

**Gross to Net Summary**

| | This Period | Year-to-Date |
|---|---|---|
| Total Earnings | 1988.78 | 26530.49 |
| Total Taxes | 399.99- | 5488.01- |
| Total Deductions | 397.33- | 5236.62- |
| **Net Pay** | **1191.46** | **15805.86** |

**Other Benefits and Information**

| | This Period | Year-to-Date |
|---|---|---|
| Basic LTD 40% | 1.74 | 23.28 |
| Taxable GTL | 0.22 | 8.44 |
| Total Imputed Inc | 1.96 | 31.72 |

Personnel Number 10335328

©1998, 2006. ADP, LLC All Rights Reserved.

# Earnings Statement

Comcast Cable Communications
Management, LLC
One Comcast Center
Philadelphia PA 19103

Period Beginning: 06/28/2020
Period Ending: 07/11/2020
Check Date: 07/17/2020
Payroll Check #: 0009349088
Batch Number: 000000000655

Page 001 of 001

Loc: 07/17/2020

ERIKA M STEVENSON
324 WESTMONT DRIVE
COLLINGDALE PA 19023

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Commissions | | | 154.00 | 953.75 |
| Quarterly Frontline Bonus | | | | 1017.87 |
| Non-cash GU Result | | | | 205.28 |
| Regular | 16.280 | 71.03 | 1156.37 | 17876.49 |
| Overtime | 16.280 | 15.46 | 251.69 | 2637.09 |
| Hol OT | 16.280 | 9.67 | 157.43 | 381.76 |
| Shft 10% | 1.628 | 96.16 | 156.55 | 2089.56 |
| OT Prem | 9.530 | 4.93 | 46.98 | 0.00 |
| OT Prem | 9.720 | 10.53 | 102.35 | 1494.97 |
| Hol Prem | 9.530 | 9.67 | 92.16 | 214.77 |
| Vacation | 16.280 | 0.97 | 15.79 | 851.07 |
| Floating Holiday | | | | 214.23 |
| Flex Day | | | | 219.66 |
| Pd Hol | 16.280 | 8.00 | 130.24 | 513.44 |
| Family Care PTO | | | | 260.48 |
| **Gross Pay** | | | **2263.56** | **28794.05** |

**Deductions: Statutory**

| | This Period | Year-to-Date |
|---|---|---|
| Federal Income Tax | 240.57- | 2838.37- |
| Social Security | 131.69- | 1672.99- |
| Medicare | 30.80- | 391.26- |
| New Jersey Unemployment | 8.66- | 110.75- |
| New Jersey Workforce Devlpmt T | 0.97- | 12.31- |
| New Jersey Disability | 5.89- | 75.28- |
| New Jersey Family Leave Insur | 3.63- | 46.33- |
| Pennsylvania Income Tax | 65.20- | 828.13- |

**Deductions Before Tax**

| | This Period | Year-to-Date |
|---|---|---|
| Medical | 117.89- | 1650.46- |
| Dental | 19.40- | 271.60- |

| | This Period | Year-to-Date |
|---|---|---|
| 401k pretax | 181.08- | 2283.46- |
| Vision | 4.17- | 58.38- |

**Deductions After Tax**

| | This Period | Year-to-Date |
|---|---|---|
| ESPP | 90.54- | 1148.99- |
| Supp LTD 60% | 6.97- | 100.28- |
| 401K Loan No Bal | 10.25- | 153.75- |

**Gross to Net Summary**

| | This Period | Year-to-Date |
|---|---|---|
| Total Earnings | 2263.56 | 28794.05 |
| Total Taxes | 487.41- | 5975.42- |
| Total Deductions | 430.30- | 5666.92- |
| **Net Pay** | **1345.85** | **17151.71** |

**Other Benefits and Information**

| | This Period | Year-to-Date |
|---|---|---|
| Basic LTD 40% | 1.74 | 25.02 |
| Taxable GTL | 0.22 | 8.66 |
| Total Imputed Inc | 1.96 | 33.68 |

Personnel Number 10335328

©1998, 2006. ADP, LLC All Rights Reserved.
TEAR HERE

# Earnings Statement

Cost Center: 0103A30000  60029-100928
Loc: 07/31/2020

Comcast Cable Communications
Management, LLC
One Comcast Center
Philadelphia PA 19103

Period Beginning: 07/12/2020
Period Ending: 07/25/2020
Check Date: 07/31/2020
Payroll Check #: 0009349516
Batch Number: 000000000665
Page 001 of 001

ERIKA M STEVENSON
324 WESTMONT DRIVE
COLLINGDALE PA 19023

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Commissions | | | | 953.75 |
| Quarterly Frontline Bonus | | | 744.32 | 1762.19 |
| Non-cash GU Result | | | | 205.28 |
| Regular | 16.280 | 79.57 | 1295.40 | 19171.89 |
| Overtime | 16.280 | 10.57 | 172.08 | 2809.17 |
| Holiday OT | | | | 381.76 |
| Shft 10% | 1.628 | 90.14 | 146.75 | 2236.31 |
| OT Prem | 8.960 | 10.57 | 94.71 | 1589.68 |
| Holiday Premium | | | | 214.77 |
| Vacation Pay | | | | 851.07 |
| Floating Holiday | | | | 214.23 |
| Flex Day | | | | 219.66 |
| Holiday Pay | | | | 513.44 |
| FC PTO | 16.280 | 8.00 | 130.24 | 390.72 |
| Gross Pay | | | 2583.50 | 31377.55 |

| Deductions: Statutory | This Period | Year-to-Date |
|---|---|---|
| Federal Income Tax | 336.01- | 3174.38- |
| Social Security | 160.17- | 1833.16- |
| Medicare | 37.46- | 428.72- |
| New Jersey Unemployment | 9.89- | 120.64- |
| New Jersey Workforce Devlpmt T | 1.09- | 13.40- |
| New Jersey Disability | 6.72- | 82.00- |
| New Jersey Family Leave Insur | 4.13- | 50.46- |
| Pennsylvania Income Tax | 79.31- | 907.44- |

| Deductions Before Tax | This Period | Year-to-Date |
|---|---|---|
| Medical | | 1650.46- |
| Dental | | 271.60- |
| 401k pretax | 206.68- | 2490.14- |

| | This Period | Year-to-Date |
|---|---|---|
| Vision | | 58.38- |

| Deductions After Tax | This Period | Year-to-Date |
|---|---|---|
| ESPP | 103.34- | 1252.33- |
| Supp LTD 60% | | 100.28- |
| 401K Loan No Bal | 10.25- | 164.00- |

| Gross to Net Summary | This Period | Year-to-Date |
|---|---|---|
| Total Earnings | 2583.50 | 31377.55 |
| Total Taxes | 634.78- | 6610.20- |
| Total Deductions | 320.27- | 5987.19- |
| Net Pay | 1628.45 | 18780.16 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Basic LTD 40% | | 25.02 |
| Taxable GTL | | 8.66 |
| Total Imputed Inc | 0.00 | 33.68 |

Personnel Number 10335328

©1998, 2006, ADP, LLC All Rights Reserved.
©2017 ADP, LLC (PCSUCH)
AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
TEAR HERE

Cost Center: 0103A30000   090332-090822
Loc:                      08/14/2020

# Earnings Statement

Comcast Cable Communications
Management, LLC
One Comcast Center
Philadelphia PA 19103

Page 001 of 001
Period Beginning: 07/26/2020
Period Ending: 08/08/2020
Check Date: 08/14/2020
Payroll Check #: 0009349889
Batch Number: 000000000673

ERIKA M STEVENSON
324 WESTMONT DRIVE
COLLINGDALE PA 19023

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Commissions | | | | 953.75 |
| Quarterly Frontline Bonus | | | | 1762.19 |
| Non-cash GU Result | | | | 205.28 |
| Regular | 16.280 | 60.78 | 989.50 | 20161.39 |
| Overtime | 16.280 | 3.47 | 56.49 | 2865.66 |
| Holiday OT | | | | 381.76 |
| Shft 10% | 1.628 | 64.25 | 104.60 | 2340.91 |
| OT Prem | 8.660 | 3.47 | 30.05 | 1619.73 |
| Holiday Premium | | | | 214.77 |
| Vacation | 16.280 | 16.00 | 260.48 | 1111.55 |
| Floating Holiday | | | | 214.23 |
| Flex Day | | | | 219.66 |
| Holiday Pay | | | | 513.44 |
| FC PTO | 16.280 | 8.00 | 130.24 | 520.96 |
| **Gross Pay** | | | **1571.36** | **32948.91** |

| Deductions: Statutory | This Period | Year-to-Date |
|---|---|---|
| Federal Income Tax | 132.53- | 3306.91- |
| Social Security | 88.78- | 1921.94- |
| Medicare | 20.77- | 449.49- |
| New Jersey Unemployment | 6.01- | 126.65- |
| New Jersey Workforce Devlpmt T | 0.67- | 14.07- |
| New Jersey Disability | 4.09- | 86.09- |
| New Jersey Family Leave Insur | 2.52- | 52.98- |
| Pennsylvania Income Tax | 43.95- | 951.39- |

| Deductions Before Tax | This Period | Year-to-Date |
|---|---|---|
| Medical | 117.89- | 1768.35- |
| Dental | 19.40- | 291.00- |
| 401k pretax | 125.71- | 2615.85- |
| Vision | 4.17- | 62.55- |

| Deductions After Tax | This Period | Year-to-Date |
|---|---|---|
| ESPP | 62.85- | 1315.18- |
| Supp LTD 60% | 6.97- | 107.25- |
| 401K Loan No Bal | 10.25- | 174.25- |

| Gross to Net Summary | This Period | Year-to-Date |
|---|---|---|
| Total Earnings | 1571.36 | 32948.91 |
| Total Taxes | 299.32- | 6909.52- |
| Total Deductions | 347.24- | 6334.43- |
| **Net Pay** | **924.80** | **19704.96** |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Basic LTD 40% | 1.74 | 26.76 |
| Taxable GTL | 0.22 | 8.88 |
| Total Imputed Inc | 1.96 | 35.64 |

Personnel Number 10335328

©1998, 2006. ADP, LLC All Rights Reserved.



# COMCAST

Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone: 877-909-4748

```
Name           : Stevenson, Erika M
Personnel No   : 10335328
Exemptions     : 00
Exemptions NJ  : 00
Cost Center    : 0103A30000 New Jersey Call
Employee Type  : Hourly
Payroll Area   : Cable NorthEast
Pay period     : 08/09/2020 to 08/22/2020
Pay Date       : 08/28/2020
Check #        : 9350257
```

| CURRENT AMOUNT | + | RETRO AMOUNT | - | PRE-TAX DEDUCTIONS | - | POST-TAX DEDUCTIONS | - | TAXES | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,915.45 | | 0.00 | | 292.49- | | 92.74- | | 380.14- | | 1,131.77 |

### EARNINGS AND DEDUCTION DETAILS

| CATEGORY | Retro Hours | Retro Amount | Rate | Hours | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Commissions | | | | | 105.00 | 1,058.75 |
| Quarterly Frontline Bonus | | | | | | 1,762.19 |
| Non-cash GU Result | | | | | 27.56 | 232.84 |
| Regular Pay - Hourly | | | 16.280 | 70.32 | 1,144.81 | 21,306.20 |
| Overtime Pay | | | 16.280 | 13.33 | 217.01 | 3,082.67 |
| Holiday OT | | | | | | 381.76 |
| *Shift 10% | | | 1.628 | 83.65* | 136.18 | 2,477.09 |
| *Overtime Premium | | | 9.560 | 11.15* | 106.59 | 1,747.03 |
| *Overtime Premium | | | 9.500 | 2.18* | 20.71 | |
| Holiday Premium | | | | | | 214.77 |
| Vacation Pay | | | 16.280 | 9.68 | 157.59 | 1,269.14 |
| Floating Holiday | | | | | | 214.23 |
| Flex Day | | | | | | 219.66 |
| Holiday Pay | | | | | | 513.44 |
| Family Care PTO | | | | | | 520.96 |
| **TOTAL EARNINGS** | | | | 93.33 | 1,915.45 | 35,000.73 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| Medical | | | | | 117.89- | 1,886.24- |
| Dental | | | | | 19.40- | 310.40- |
| 401k pretax | | | | 8.00 | 151.03- | 2,766.88- |
| Vision | | | | | 4.17- | 66.72- |
| **TOTAL PRE-TAX DED** | | | | | 292.49- | 5,030.24- |
| **POST-TAX DEDUCTIONS** | | | | | | |
| ESPP | | | | 4.00 | 75.52- | 1,390.70- |
| Supp LTD 60% | | | | | 6.97- | 114.22- |
| 401K Loan No Bal | | | | | 10.25- | 184.50- |
| **TOTAL POST-TAX DED** | | | | | 92.74- | 1,689.42- |
| **TAXES** | | | | | | |
| Federal    Federal | | | | | | |
| TX Withholding Tax | | | | | 173.54- | 3,480.45- |
| TX EE Social Security Tax | | | | | 110.11- | 2,032.05- |
| TX EE Medicare Tax | | | | | 25.75- | 475.24- |
| State    New Jersey | | | | | | |
| TX EE Unemployment Tax | | | | | 7.34- | 133.99- |
| TX EE Workforce Devlpmt T | | | | | 0.82- | 14.89- |
| TX EE Disability Tax | | | | | 4.99- | 91.08- |
| TX EE Family Leave Insur | | | | | 3.07- | 56.05- |
| State    Pennsylvania | | | | | | |
| TX Withholding Tax | | | | | 54.52- | 1,005.91- |
| **TOTAL TAXES** | | | | | 380.14- | 7,289.66- |

* Premium Hours not included in total Absence and Attendance Hours

1 of 2



**COMCAST**

Comcast Cable Communications Management LLC
One Comcast Center
Philadelphia, PA 19103
Phone:877-909-4748

```
                              : Stevenson, Erika M
Personnel No                  : 10335328
Exemptions                    : 00
Exemptions NJ                 : 00
Cost Center                   : 0103A30000 New Jersey Call
Employee Type                 : Hourly
Payroll Area                  : Cable NorthEast
Pay period                    : 08/09/2020 to 08/22/2020
Pay Date                      : 08/28/2020
Check   #                     : 9350257
```

**TAXABLE EVENTS**

| | | |
|---|---:|---:|
| Non-cash GU Zero Net | | |
| Basic LTD 40% | | 18.31 |
| Taxable GTL | 1.74 | 28.50 |
| **TOTAL TAXABLE EVENTS** | 0.22 | 9.10 |
| | **20.27** | **37.60** |

**DEDUCTIONS NOT TAKEN**

**TOTAL DED NOT TAKEN**

**NET PAY DISTRIBUTION**

* Premium Hours not included in total Absence and Attendance Hours         2 of 2