

**Giant Food Stores**
1149 Harrisburg Pike
1701

| CHECK NO: | 35183420 |
|---|---|
| CHECK DATE: | 07/10/20 |
| PERIOD ENDING: | 07/04/20 |

ERIKA M STEVENSON
324 WESTMONT DRIVE
COLLINGDALE PA 19023

SSN: ***-**-5072
STORE/DEPT: 6523 0010 001

| TAX STATUS: | | FED: | S | STATE: | S |
|---|---|---|---|---|---|
| EXEMPTIONS: | | FED: | 00 | STATE: | 00 |
| TAX ADJ: | | FED: | | STATE: | |

### IMPORTANT MESSAGE

### SPECIAL INFORMATION

401K COMPANY MATCH    10.94    42.82

GLOBAL ID   AA00839125
USER ID     GUEMS17

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR PAY | 5.00 | 57.00 | | 2,725.06 |
| SNDAY PRM 1.50 | 5.00 | 7.50 | | 108.79 |
| SUNDAY STRAIGHT | 5.00 | 57.00 | | 806.30 |
| HOL STRAIGHT | 4.00 | 45.60 | | 117.43 |
| HOLIDAY | 4.00 | 45.60 | | 178.20 |
| HOL PREM 1.5 | 4.00 | 6.00 | | 15.75 |
| NAT EMER PAY 2 | .00 | .00 | | 313.50 |
| CVD APPRC BONUS | .00 | .00 | | 200.00 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 13.56 | 276.83 |
| FICA-HI | 3.17 | 64.74 |
| STATE PA | 6.71 | 137.07 |
| PA UNEMPLOYMENT | .13 | 2.68 |
| TOTAL TAX | 23.57 | 481.32 |

### MISC. DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 28.00 |

| TOTAL HOURS & EARNINGS | 18.00 | 218.70 | | 4,465.03 |
|---|---|---|---|---|

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| AHOLD 401K DED | 10.94 | 42.84 |
|---|---|---|
| TOTAL | 10.94 | 42.84 |

| | GROSS | | | LESS TAXES | LESS DEDS | NET PAY | TOTAL MISC. DED. | CURRENT NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 218.70 | | 18.00 | 207.76 | 4,422.19 | 23.57 | 11.94 | 183.19 | 1.00 | 183.19 |
| Y-T-D | 4,465.03 | | | | | 481.32 | 70.84 | 3,912.87 | 28.00 | |



**Giant Food Stores**
1149 Harrisburg Pike
17013

| | |
|---|---|
| CHECK NO: | 35492976 |
| PAY DATE: | 07/17/20 |
| PERIOD ENDING: | 07/11/20 |

ERIKA M STEVENSON
324 WESTMONT DRIVE
COLLINGDALE PA  19023

SSN: ***-**-5072
STORE/DEPT: 6523 0010 001

TAX STATUS:
EXEMPTIONS:  FED: S  STATE: S
TAX ADJ:     FED: 00  STATE: 00

### IMPORTANT MESSAGE

### SPECIAL INFORMATION

| | | |
|---|---|---|
| 401K COMPANY MATCH | 8.35 | 51.17 |

GLOBAL ID  AA00839125
USER ID    GUEMS17

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR PAY | 9.00 | 102.60 | | 2,827.66 |
| SNDAY PRM 1.50 | 5.00 | 7.50 | | 116.29 |
| SUNDAY STRAIGHT | 5.00 | 57.00 | | 863.30 |
| HOL STRAIGHT | .00 | .00 | | 117.43 |
| HOLIDAY | .00 | .00 | | 178.20 |
| HOL PREM 1.5 | .00 | .00 | | 15.75 |
| NAT EMER PAY 2 | .00 | .00 | | 313.50 |
| CVD APPRC BONUS | .00 | .00 | | 200.00 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 10.36 | 287.19 |
| FICA-HI | 2.43 | 67.17 |
| STATE PA | 5.13 | 142.20 |
| PA UNEMPLOYMENT | .10 | 2.78 |
| **TOTAL TAX** | **18.02** | **499.34** |

### MISC. DEDUCTIONS

| | | |
|---|---|---|
| OPT/LST TAX | 1.00 | 29.00 |

| TOTAL HOURS & EARNINGS | 14.00 | 167.10 | | 4,632.13 |
|---|---|---|---|---|

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| | | |
|---|---|---|
| AHOLD 401K DED | 8.36 | 51.20 |
| | 8.36 | 51.20 |

| TOTAL | 14.00 | 158.74 | | 4,580.93 | TOTAL MISC. DED. | 1.00 | 29.00 |
|---|---|---|---|---|---|---|---|

| | GROSS | LESS TAXES | LESS DEDS | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|
| CURRENT | 167.10 | 18.02 | 9.36 | 139.72 | 139.72 |
| Y-T-D | 4,632.13 | 499.34 | 80.20 | 4,052.59 | |



**Giant Food Stores**
1149 Harrisburg Pike
Carlisle, PA 17013

| CHECK NO. | 35508245 |
|---|---|
| CHECK DATE: | 07/24/20 |
| PERIOD ENDING: | 07/18/20 |

ERIKA M STEVENSON
324 WESTMONT DRIVE
COLLINGDALE PA  19023

SSN: ***-**-5072
STORE/DEPT: 6523 0010 001

TAX STATUS:
EXEMPTIONS:  FED: S 00   STATE: S 00
TAX ADJ:  FED:         STATE:

### IMPORTANT MESSAGE

### SPECIAL INFORMATION

GLOBAL ID  AA00839125
USER ID    GUEMS17

401K COMPANY MATCH        8.19              59.36

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR PAY | 9.00 | 102.60 | | 2,930.26 |
| SNDAY PRM 1.50 | 4.75 | 7.13 | | 123.42 |
| SUNDAY STRAIGHT | 4.75 | 54.15 | | 917.45 |
| HOL STRAIGHT | .00 | .00 | | 117.43 |
| HOLIDAY | .00 | .00 | | 178.20 |
| HOL PREM 1.5 | .00 | .00 | | 15.75 |
| NAT EMER PAY 2 | .00 | .00 | | 313.50 |
| CVD APPRC BONUS | .00 | .00 | | 200.00 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 10.16 | 297.35 |
| FICA-HI | 2.37 | 69.54 |
| STATE PA | 5.03 | 147.23 |
| PA UNEMPLOYMENT | .10 | 2.88 |

TOTAL TAX                17.66     517.00

### MISC. DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 30.00 |

TOTAL HOURS & EARNINGS    13.75    163.88              4,796.01

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

AHOLD 401K DED            8.19                59.39

                          8.19                59.39

| TOTAL | 13.75 | 155.69 | 4,736.62 |
|---|---|---|---|

TOTAL MISC. DED.           1.00       30.00

| | GROSS | LESS TAXES | LESS DEDS | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|
| CURRENT | 163.88 | 17.66 | 9.19 | 137.03 | 137.03 |
| Y-T-D | 4,796.01 | 517.00 | 89.39 | 4,189.62 | |



## Giant Food Stores
1149 Harrisburg Pike
17013

| CHECK NO: | 35512481 |
|---|---|
| CHECK DATE: | 07/31/20 |
| PERIOD ENDING: | 07/25/20 |

ERIKA M STEVENSON
324 WESTMONT DRIVE
COLLINGDALE PA  19023

SSN: ***-**-5072
STORE/DEPT: 6523 0010 001

TAX STATUS:
EXEMPTIONS: FED: S 00   STATE: S 00
TAX ADJ: FED:    STATE:

### IMPORTANT MESSAGE

### SPECIAL INFORMATION

401K COMPANY MATCH      8.19      67.55

GLOBAL ID  AA00839125
USER ID    GUEMS17

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR PAY | 9.00 | 102.60 | | 3,032.86 |
| SNDAY PRM 1.50 | 4.75 | 7.13 | | 130.55 |
| SUNDAY STRAIGHT | 4.75 | 54.15 | | 971.60 |
| HOL STRAIGHT | .00 | .00 | | 117.43 |
| HOLIDAY | .00 | .00 | | 178.20 |
| HOL PREM 1.5 | .00 | .00 | | 15.75 |
| NAT EMER PAY 2 | .00 | .00 | | 313.50 |
| CVD APPRC BONUS | .00 | .00 | | 200.00 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 10.16 | 307.51 |
| FICA-HI | 2.38 | 71.92 |
| STATE PA | 5.03 | 152.26 |
| PA UNEMPLOYMENT | .10 | 2.98 |
| **TOTAL TAX** | **17.67** | **534.67** |

### MISC. DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 31.00 |

TOTAL HOURS & EARNINGS   13.75   163.88      4,959.89

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| | | | |
|---|---|---|---|
| AHOLD 401K DED | | 8.19 | 67.58 |
| TOTAL | | 8.19 | 67.58 |

TOTAL           13.75   155.69     4,892.31    TOTAL MISC. DED.    1.00    31.00

| | GROSS | LESS TAXES | LESS DEDS | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|
| CURRENT | 163.88 | 17.67 | 9.19 | 137.02 | 137.02 |
| Y-T-D | 4,959.89 | 534.67 | 98.58 | 4,326.64 | |

**GIANT**
Quality. Selection. Savings. Every Day.

Giant Food Stores
1149 Harrisburg Pike
Carlisle, PA 17013

| CHECK NO: | 35522210 |
|---|---|
| CHECK DATE: | 08/07/20 |
| PERIOD ENDING: | 08/01/20 |

ERIKA M STEVENSON
324 WESTMONT DRIVE
COLLINGDALE PA  19023

SSN: ***-**-5072
STORE/DEPT: 6523 0010 001

| TAX STATUS: | | S | | S |
|---|---|---|---|---|
| EXEMPTIONS: | FED: 00 | | STATE: 00 | |
| TAX ADJ: | FED: | | STATE: | |

## IMPORTANT MESSAGE

| | | |
|---|---|---|
| 401K COMPANY MATCH | 8.20 | 75.75 |

## SPECIAL INFORMATION

GLOBAL ID  AA00839125
USER ID    GUEMS17

### HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR PAY | 8.75 | 99.75 | | 3,132.61 |
| SNDAY PRM 1.50 | 5.00 | 7.50 | | 138.05 |
| SUNDAY STRAIGHT | 5.00 | 57.00 | | 1,028.60 |
| HOL STRAIGHT | .00 | .00 | | 117.43 |
| HOLIDAY | .00 | .00 | | 178.20 |
| HOL PREM 1.5 | .00 | .00 | | 15.75 |
| NAT EMER PAY 2 | .00 | .00 | | 313.50 |
| CVD APPRC BONUS | .00 | .00 | | 200.00 |
| **TOTAL HOURS & EARNINGS** | **13.75** | **164.25** | | **5,124.14** |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 10.19 | 317.70 |
| FICA-HI | 2.38 | 74.30 |
| STATE PA | 5.04 | 157.30 |
| PA UNEMPLOYMENT | .09 | 3.07 |
| **TOTAL TAX** | **17.70** | **552.37** |

### MISC. DEDUCTIONS

| | | |
|---|---|---|
| OPT/LST TAX | 1.00 | 32.00 |
| **TOTAL MISC. DED.** | **1.00** | **32.00** |

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| | | |
|---|---|---|
| AHOLD 401K DED | 8.21 | 75.79 |
| | 8.21 | 75.79 |
| **TOTAL** | **13.75  156.04** | **5,048.35** |

| | GROSS | LESS TAXES | LESS DEDS | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|
| CURRENT | 164.25 | 17.70 | 9.21 | 137.34 | 137.34 |
| Y-T-D | 5,124.14 | 552.37 | 107.79 | 4,463.98 | |



**Giant Food Stores**
1149 Harrisburg Pike
17011

CHECK NO:
CHECK DATE: 08/14/20
PERIOD ENDING: 08/08/20

ERIKA M STEVENSON
324 WESTMONT DRIVE
COLLINGDALE PA  19023

SSN: ***-**-5072
STORE/DEPT: 6523 0010 001

TAX STATUS:
EXEMPTIONS:  FED: S  STATE: S
TAX ADJ:  FED: 00  STATE: 00

### IMPORTANT MESSAGE

401K COMPANY MATCH    7.79    83.54

### SPECIAL INFORMATION

GLOBAL ID   AA00839125
USER ID     GUEMS17

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR PAY | 8.00 | 91.20 | | 3,223.81 |
| SNDAY PRM 1.50 | 5.00 | 7.50 | | 145.55 |
| SUNDAY STRAIGHT | 5.00 | 57.00 | | 1,085.60 |
| HOL STRAIGHT | .00 | .00 | | 117.43 |
| HOLIDAY | .00 | .00 | | 178.20 |
| HOL PREM 1.5 | .00 | .00 | | 15.75 |
| NAT EMER PAY 2 | .00 | .00 | | 313.50 |
| CVD APPRC BONUS | .00 | .00 | | 200.00 |
| **TOTAL HOURS & EARNINGS** | **13.00** | **155.70** | | **5,279.84** |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 9.65 | 327.35 |
| FICA-HI | 2.26 | 76.56 |
| STATE PA | 4.78 | 162.08 |
| PA UNEMPLOYMENT | .10 | 3.17 |
| **TOTAL TAX** | **16.79** | **569.16** |

### MISC. DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 33.00 |
| **TOTAL MISC. DED.** | **1.00** | **33.00** |

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| | CURRENT | Y-T-D |
|---|---|---|
| AHOLD 401K DED | 7.79 | 83.58 |
| **TOTAL** | **7.79** | **83.58** |

| | GROSS | HOURS | | LESS TAXES | LESS DEDS | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 155.70 | 13.00 | 147.91 | 16.79 | 8.79 | 130.12 | 130.12 |
| Y-T-D | 5,279.84 | | 5,196.26 | 569.16 | 116.58 | 4,594.10 | |



**Giant Food Stores**

| | | | CHECK NO. | | | |
|---|---|---|---|---|---|---|
| | | | CHECK DATE: | 08/21/20 | | |
| | | | PERIOD ENDING: | 08/15/20 | | |

ERIKA M STEVENSON
324 WESTMONT DRIVE
COLLINGDALE PA  19023

SSN: ***-**-5072
STORE/DEPT: 6523 0010 001

TAX STATUS:
EXEMPTIONS:  FED: S 00   STATE: S 00
TAX ADJ:     FED:        STATE:

### IMPORTANT MESSAGE

### SPECIAL INFORMATION

401K COMPANY MATCH     7.70          91.24

GLOBAL ID   AA00839125
USER ID     GUEMS17

### HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR PAY | 9.00 | 102.60 | | 3,326.41 |
| SNDAY PRM 1.50 | 4.00 | 6.00 | | 151.55 |
| SUNDAY STRAIGHT | 4.00 | 45.60 | | 1,131.20 |
| HOL STRAIGHT | .00 | .00 | | 117.43 |
| HOLIDAY | .00 | .00 | | 178.20 |
| HOL PREM 1.5 | .00 | .00 | | 15.75 |
| NAT EMER PAY 2 | .00 | .00 | | 313.50 |
| CVD APPRC BONUS | .00 | .00 | | 200.00 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 9.56 | 336.91 |
| FICA-HI | 2.23 | 78.79 |
| STATE PA | 4.73 | 166.81 |
| PA UNEMPLOYMENT | .09 | 3.26 |
| **TOTAL TAX** | **16.61** | **585.77** |

### MISC. DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 34.00 |

TOTAL HOURS & EARNINGS   13.00   154.20          5,434.04

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| AHOLD 401K DED | 7.71 | 91.29 |
|---|---|---|
| **TOTAL** | **7.71** | **91.29** |

| | GROSS | LESS TAXES | LESS DEDS | NET PAY | TOTAL MISC. DED. | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 154.20 | 16.61 | 8.71 | 128.88 | 1.00 | 128.88 |
| Y-T-D | 5,434.04 | 585.77 | 125.29 | 4,722.98 | 34.00 | |

Current   13.00   146.49   5,342.75

# GIANT
Quality. Selection. Savings. Every Day.

**Giant Food Stores**
1149 Harrisburg Pike
Carlisle, PA 17013

CHECK NO: 35551391
CHECK DATE: 08/28/20
PERIOD ENDING: 08/22/20

ERIKA M STEVENSON
324 WESTMONT DRIVE
COLLINGDALE PA 19023

SSN: ***-**-5072
STORE/DEPT: 6523 010 001

TAX STATUS: EXEMPTIONS: FED: S 00   STATE: S 00
TAX ADJ: FED:   STATE:

## IMPORTANT MESSAGE

## SPECIAL INFORMATION

GLOBAL ID  AA00839125
USER ID    GUEMS17

401K COMPANY MATCH     7.70     98.94

## HOURS AND EARNINGS

| DESCRIPTION | HOURS | CURRENT EARNINGS | Y-T-D HOURS | Y-T-D EARNINGS |
|---|---|---|---|---|
| REGULAR PAY | 9.00 | 102.60 | | 3,429.01 |
| SNDAY PRM 1.50 | 4.00 | 6.00 | | 157.55 |
| SUNDAY STRAIGHT | 4.00 | 45.60 | | 1,176.80 |
| HOL STRAIGHT | .00 | .00 | | 117.43 |
| HOLIDAY | .00 | .00 | | 178.20 |
| HOL PREM 1.5 | .00 | .00 | | 15.75 |
| NAT EMER PAY 2 | .00 | .00 | | 313.50 |
| CVD APPRC BONUS | .00 | .00 | | 200.00 |

## TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| FICA-OASDI | 9.56 | 346.47 |
| FICA-HI | 2.24 | 81.03 |
| STATE PA | 4.73 | 171.54 |
| PA UNEMPLOYMENT | .09 | 3.35 |
| TOTAL TAX | 16.62 | 602.39 |

## MISC. DEDUCTIONS

| | CURRENT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 35.00 |
| TOTAL MISC. DED. | 1.00 | 35.00 |

TOTAL HOURS & EARNINGS   13.00   154.20   5,588.24

## PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| | CURRENT | Y-T-D |
|---|---|---|
| AHOLD 401K DED | 7.71 | 99.00 |
| | 7.71 | 99.00 |

| TOTAL | HOURS | CURRENT | Y-T-D |
|---|---|---|---|
| | 13.00 | 146.49 | 5,489.24 |

| | GROSS | LESS TAXES | LESS DEDS | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|
| CURRENT | 154.20 | 16.62 | 8.71 | 128.87 | 128.87 |
| Y-T-D | 5,588.24 | 602.39 | 134.00 | 4,851.85 | |