

**Comcast Cable Communications Management LLC**
One Comcast Center
Philadelphia, PA 19103
Phone: 877-909-4748

| | |
|---|---|
| Name | : Stevenson, Erika M |
| Personnel No | : 10335328 |
| Exemptions | : 00 |
| Exemptions NJ | : 00 |
| Cost Center | : 0103A30000 New Jersey Call |
| Employee Type | : Hourly |
| Payroll Area | : Cable NorthEast |
| Pay period | : 09/06/2020 to 09/19/2020 |
| Pay Date | : 09/25/2020 |
| Advice # | : 1033532800320001 |

| CURRENT AMOUNT | + | RETRO AMOUNT | - | PRE-TAX DEDUCTIONS | - | POST-TAX DEDUCTIONS | - | TAXES | = | NET PAY |
|---|---|---|---|---|---|---|---|---|---|---|
| 1,893.69 | | 0.00 | | 292.96- | | 92.97- | | 364.11- | | 1,143.65 |

### EARNINGS AND DEDUCTION DETAILS

| CATEGORY | Retro Hours | Retro Amount | Rate | Hours | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| **EARNINGS** | | | | | | |
| Commissions | | | | | 168.00 | 1,226.75 |
| Quarterly Frontline Bonus | | | | | | 1,762.19 |
| Non-cash GU Result | | | | | | 232.84 |
| Regular Pay - Hourly | | | 16.280 | 64.00 | 1,041.92 | 23,617.96 |
| Overtime Pay | | | 16.280 | 8.28 | 134.80 | 3,274.45 |
| Holiday OT | | | 16.280 | 8.00 | 130.24 | 512.00 |
| *Shift 10% | | | 1.628 | 80.28* | 130.69 | 2,740.46 |
| *Overtime Premium | | | 10.000 | 0.15* | 1.50 | 1,858.63 |
| *Overtime Premium | | | 9.690 | 8.13* | 78.78 | |
| *Holiday Premium | | | 9.690 | 8.00* | 77.52 | 292.29 |
| Vacation Pay | | | | | | 1,301.70 |
| Floating Holiday | | | | | | 214.23 |
| Flex Day | | | | | | 219.66 |
| Holiday Pay | | | 16.280 | 8.00 | 130.24 | 643.68 |
| Family Care PTO | | | | | | 553.52 |
| **TOTAL EARNINGS** | | | | 88.28 | 1,893.69 | 38,450.36 |
| **PRE-TAX DEDUCTIONS** | | | | | | |
| Medical | | | | | 117.89- | 2,122.02- |
| Dental | | | | | 19.40- | 349.20- |
| 401k pretax | | | | 8.00 | 151.50- | 3,042.86- |
| Vision | | | | | 4.17- | 75.06- |
| **TOTAL PRE-TAX DED** | | | | | 292.96- | 5,589.14- |
| **POST-TAX DEDUCTIONS** | | | | | | |
| ESPP | | | | 4.00 | 75.75- | 1,528.69- |
| Supp LTD 60% | | | | | 6.97- | 128.16- |
| 401K Loan No Bal | | | | | 10.25- | 205.00- |
| **TOTAL POST-TAX DED** | | | | | 92.97- | 1,861.85- |
| **TAXES** | | | | | | |
| **Federal** | Federal | | | | | |
| TX Withholding Tax | | | | | 168.12- | 3,779.40- |
| TX EE Social Security Tax | | | | | 108.76- | 2,228.63- |
| TX EE Medicare Tax | | | | | 25.43- | 521.21- |
| **State** | New Jersey | | | | | |
| TX EE Unemployment Tax | | | | | | 135.02- |
| TX EE Workforce Devlpmt T | | | | | | 15.00- |
| TX EE Disability Tax | | | | | 4.92- | 100.05- |
| TX EE Family Leave Insur | | | | | 3.03- | 61.57- |
| **State** | Pennsylvania | | | | | |
| TX Withholding Tax | | | | | 53.85- | 1,103.24- |
| **TOTAL TAXES** | | | | | 364.11- | 7,944.12- |

* Premium Hours not included in total Absence and Attendance Hours       1 of 2



**Comcast Cable Communications Management LLC**
**One Comcast Center**
**Philadelphia, PA 19103**
**Phone:877-909-4748**

```
Name           : Stevenson, Erika M
Personnel No   : 10335328
Exemptions     : 00
Exemptions NJ  : 00
Cost Center    : 0103A30000 New Jersey Call
Employee Type  : Hourly
Payroll Area   : Cable NorthEast
Pay period     : 09/06/2020 to 09/19/2020
Pay Date       : 09/25/2020
Advice #       : 1033532800320001
```

| TAXABLE EVENTS | | |
|---|---:|---:|
| Basic LTD 40% | 1.74 | 31.98 |
| Taxable GTL | 0.22 | 9.54 |
| **TOTAL TAXABLE EVENTS** | **1.96** | **41.52** |
| DEDUCTIONS NOT TAKEN | | |
| TOTAL DED NOT TAKEN | | |
| NET PAY DISTRIBUTION | | |
| xxxxxx3350 | 1,143.65 | Checking |

\*  Premium Hours not included in total Absence and Attendance Hours        2 of 2