# GIANT MARTIN'S

Giant Food Store LLC
PO Box 249
Carlisle, PA 17013
1-800-843-5343

| | |
|---|---|
| CHECK NO: | 88933087 |
| CHECK DATE: | 10/02/2020 |
| PERIOD START DATE: | 09/20/2020 |
| PERIOD END DATE: | 09/26/2020 |

ERIKA M STEVENSON
324 WESTMONT DRIVE
COLLINGDALE, PA 19023

GLOBAL ID: AA00839125
HOURLY: 11.4000

| | FED | STATE |
|---|---|---|
| TAX FILING STATUS: | S | S |
| EXEMPTIONS: | 3 | 0 |
| TAX ADJ: | 0.00 | 0.00 |

## PTO BALANCES

| VACATION TIME AVAILABLE : 9.00 HOURS | SICK TIME AVAILABLE: N/A | PERSONAL TIME AVAILABLE: 8.00 HOURS |
|---|---|---|

## IMPORTANT MESSAGE

ARE YOU AWARE OF A LEGAL, REGULATORY, ETHICAL OR POLICY VIOLATION?
IF SO NOTIFY YOUR MGR, OR CONTACT THE SPEAK-UP-LINE@1-888-866-9203.

### HOURS AND EARNINGS

| LOC1 | JOB CODE | DEPT | DESCRIPTION | HOURS | RATE | GROSS | Y-T-D GROSS |
|---|---|---|---|---|---|---|---|
| | | | HOL STRAIGHT | 0.00 | 0.00 | 0.00 | 117.43 |
| | | | REGULAR PAY | 10.00 | 11.40 | 114.00 | 3,979.06 |
| | | | SNDAY PRM 1.50 | 4.00 | 11.40 | 6.00 | 187.55 |
| | | | CVD APPRC BONUS | 0.00 | 0.00 | 0.00 | 200.00 |
| | | | HOLIDAY | 0.00 | 0.00 | 0.00 | 223.80 |
| | | | HOL PREM 1.5 | 0.00 | 1.50 | 0.00 | 15.75 |
| | | | NAT EMER PAY 2 | 0.00 | 0.00 | 0.00 | 313.50 |
| | | | SUNDAY STRAIGHT | 4.00 | 11.40 | 45.60 | 1,404.80 |

### TAXES AND DEDUCTIONS

| DESCRIPTION | AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| PENNSYLVANIA | 5.08 | 197.74 |
| FICA-OASDI | 10.27 | 399.40 |
| FICA-HI | 2.40 | 93.41 |
| PA UNEMPLOYMENT | 0.10 | 3.87 |
| TOTAL TAX | 17.85 | 694.42 |

### MISC. DEDUCTIONS

| | AMOUNT | Y-T-D |
|---|---|---|
| OPT/LST TAX | 1.00 | 40.00 |
| TOTAL MISC. DEDUCTIONS | 1.00 | 40.00 |

| TOTAL HOURS & EARNINGS | 14.00 | 165.60 | 6,441.89 |
|---|---|---|---|

### PRE-TAX DEDUCTIONS
ITEMS BELOW DEDUCTED BEFORE FEDERAL TAXES MAY STILL BE SUBJECT TO STATE/LOCAL TAXES

| AHOLD 401K DED | 8.28 | 141.69 |
|---|---|---|
| TOTAL PRE-TAX DEDUCTIONS | 8.28 | 141.69 |

### FEDERAL TAXABLE INCOME

| | 157.32 | 6,300.20 |
|---|---|---|

### 401K COMPANY MATCH

| | 8.28 | 141.62 |
|---|---|---|

| | GROSS | Pre-TAX DED | TAXES & DED | MISC DED | NET PAY | CURRENT NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 165.60 | 8.28 | 17.85 | 1.00 | 138.47 | 138.47 |
| Y-T-D | 6,441.89 | 141.69 | 694.42 | 40.00 | 5,565.78 | |