Certificate Number: 15111-PAE-DE-035079183

Bankruptcy Case Number: 20-13545



15111-PAE-DE-035079183

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 11, 2020, at 10:13 o'clock PM EST, Erika M Stevenson completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 12, 2020                By:     /s/Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education