**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                    CHAPTER 13

ERIKA M. STEVENSON,                                     NO. 20-13545 MDC
          Debtor(s)

**CERTIFICATION OF NO OBJECTION**
**TO ATTORNEY FEE APPLICATION**

With no objection having been served on Counsel for Debtor(s), Kenneth E. West, Esquire, of Douglass, West & Associates, it is hereby requested that an Order be entered approving attorney's fees in the above matter.

Respectfully submitted,

*/s/Kenneth E. West*
KENNETH E. WEST, ESQUIRE
Douglass, West & Associates
830 Lansdowne Avenue
Drexel Hill, PA  19026
Phone No.:    610-446-9000
Fax No.:    610-449-5380
Counsel for Debtor(s)

Date:   1/7/21