# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| Erika M. Stevenson | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 20-13545MDC |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor GreenSky Program;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 8956.32 has been filed in your name by Kenneth West, Esq. on 1/11/21.

Dated: <u>January 12, 2021</u>

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: <u>Randi Janoff</u>
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)