United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-13545-mdc |
|---|---|
| Erika M Stevenson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Erika M Stevenson, 324 Westmont Dr, Collingdale, PA 19023-1022 |
| 14534121 | | Bureau Of Individual Taxes, PO Box 280431, Harrisburg, PA 17128-0431 |
| 14534123 | + | Care Pavilion Nursing and Rehab Ctr, c/o Robert M. Morris, Esq., Morris & Adelman PC, PO Box 2235, Bala Cynwyd, PA 19004-6235 |
| 14547705 | | Chase Auto Finance, c/o Karina Velter, Esq., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14558201 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14534124 | | Comenity Bank - Lands' End, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14575450 | + | Douglass, West and Associates, 830 Lansdowne Avenue, Drexel Hill PA 19026-1541 |
| 14534127 | | GreenSky Program, Att.: Disputes, PO Box 29429, Atlanta, GA 30359-0429 |
| 14534129 | | Hospital Billing - CHOP, PO Box 787802, Philadelphia, PA 19178-7802 |
| 14534505 | | Jessica Williams, 324 Westmont Drive, Collingdale PA 19023-1022 |
| 14534130 | | Jonathan H. Stanwood, LLC, 8 Penn Ctr Ste 1000, Philadelphia, PA 19103-2100 |
| 14534131 | | L.L.Bean Mastercard, PO Box 6742, Sioux Falls, SD 57117-6742 |
| 14546355 | + | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14546581 | + | MIDFIRST BANK, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14553757 | + | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14534133 | + | Midland Mortgage Co., P.O. Box 26648, Attn: Customer Service Center, Oklahoma City, OK 73126-0648 |
| 14534134 | | Morris & Adelman PC, PO Box 2235, Bala Cynwyd, PA 19004-6235 |
| 14534137 | | PowerPay, PO Box 546, Conshohocken, PA 19428-0546 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14558201 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 12 2021 03:40:39 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14534122 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Feb 12 2021 03:57:00 | Bureau of UC Benefits and Allowances, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14534126 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Feb 12 2021 03:57:00 | Franklin Mint Federal Credit Union, PO Box 1907, Media, PA 19063 |
| 14534125 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Feb 12 2021 03:57:00 | Franklin Mint FCU, 5 Hillman Dr # 100, Chadds Ford, PA 19317-9752 |
| 14534128 | | Email/Text: Harris@ebn.phinsolutions.com | Feb 12 2021 03:59:00 | Harris And Harris, LTD, 111 W Jackson Blvd Ste 400, Chicago, IL 60604-4135 |
| 14550944 | | Email/Text: bk.notifications@jpmchase.com | Feb 12 2021 03:58:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14534132 | | Email/PDF: gecsedi@recoverycorp.com | Feb 12 2021 03:37:43 | Lowes/Synchrony Bank, Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 14553757 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 12 2021 03:21:29 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14534133 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 12 2021 03:37:57 | Midland Mortgage Co., P.O. Box 26648, Attn: Customer Service Center, Oklahoma City, OK 73126-0648 |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 11, 2021 | Form ID: 155 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 14534135 | Email/Text: electronicbkydocs@nelnet.net | | | |
| | | Feb 12 2021 03:58:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 | |
| 14534136 | Email/Text: bnc@nordstrom.com | | | |
| | | Feb 12 2021 03:58:09 | Nordstrom, FSB, PO Box 13589, Scottsdale, AZ 85267-3589 | |
| 14557509 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | | |
| | | Feb 12 2021 03:21:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 | |
| 14551442 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | | |
| | | Feb 12 2021 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 | |
| 14556578 | Email/Text: bnc-quantum@quantum3group.com | | | |
| | | Feb 12 2021 03:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 | |
| 14534138 | Email/Text: bk.notifications@jpmchase.com | | | |
| | | Feb 12 2021 03:58:00 | Subaru Motors Finance, PO Box 901076, Fort Worth, TX 76101-2076 | |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KARINA VELTER | on behalf of Creditor Chase Auto Finance amps@manleydeas.com |
| KENNETH E. WEST | on behalf of Debtor Erika M Stevenson dwabkty@aol.com G6211@notify.cincompass.com |
| REBECCA ANN SOLARZ | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Erika M Stevenson
    Debtor(s)

Chapter: 13

Bankruptcy No: 20−13545−mdc

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 11, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Magdeline D. Coleman
    Chief Judge ,
    United States Bankruptcy Court

40 − 10
Form 155