UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      :        CHAPTER 13
                                            :
Erika Stevenson                             :
            Debtor(s)                       :        NO. 20-13545 MDC

### PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

Kindly withdraw my appearance on behalf of the debtor, in the above-referenced matter.

Date: 9/17/21

_____
KENNETH E. WEST, ESQUIRE
830 Lansdowne Avenue
Drexel Hill, PA 19026
610-446-9000

### PRAECIPE TO ENTER APPEARANCE

TO THE CLERK:

Kindly enter my appearance on behalf of the debtor, in the above-referenced matter.

Date: Sept 23, 2021

_____
RONALD McNEIL, ESQUIRE
1333 Race Street
Philadelphia, PA 19107
215-564-3999