| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 20-13545-AMC

Erika M Stevenson  
324 Westmont Dr  
Collingdale  PA    19023-1022

Petition Filed Date: 08/31/2020  
341 Hearing Date: 10/14/2020  
Confirmation Date: 02/11/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/21/2021 | $312.02 | 3001351 | 11/16/2021 | $309.00 | | 11/17/2021 | $309.00 | 3001605  rec. f |
| 12/13/2021 | $309.00 | | 01/12/2022 | $309.00 | | 02/08/2022 | $309.00 | |
| 03/14/2022 | $309.00 | | 04/05/2022 | $309.00 | | 05/04/2022 | $309.00 | |
| 06/02/2022 | $309.00 | | 06/29/2022 | $309.00 | | 07/25/2022 | $309.00 | |

**Total Receipts for the Period: $3,711.02    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,711.02**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | RONALD G MC NEIL, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CARE PAVILION NURSING & REHAB CTR PA LP<br>»»  01S | Secured Creditors | $4,275.20 | $3,119.28 | $1,155.92 |
| 2 | JP MORGAN CHASE BANK NA<br>»»  002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  003 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 4 | MIDFIRST BANK<br>»»  004 | Mortgage Arrears | $14.52 | $0.00 | $14.52 |
| 5 | QUANTUM3 GROUP LLC<br>»»  005 | Unsecured Creditors | $415.64 | $0.00 | $415.64 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  006 | Unsecured Creditors | $1,952.81 | $0.00 | $1,952.81 |
| 7 | CITIBANK NA<br>»»  007 | Unsecured Creditors | $5,849.19 | $0.00 | $5,849.19 |
| 8 | DOUGLASS WEST & ASSOCIATES<br>»»  008 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 9 | CARE PAVILION NURSING & REHAB CTR PA LP<br>»»  01U | Unsecured Creditors | $25,376.82 | $0.00 | $25,376.82 |
| 10 | GREENSKY<br>»»  009 | Unsecured Creditors | $8,956.32 | $0.00 | $8,956.32 |
| 0 | KENNETH E WEST ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-13545-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,711.02 | Current Monthly Payment: | $309.00 |
| Paid to Claims: | $3,119.28 | Arrearages: | ($309.00) |
| Paid to Trustee: | $296.88 | Total Plan Base: | $14,835.02 |
| Funds on Hand: | $294.86 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.