Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 20-13545-AMC**

Erika M Stevenson  
324 Westmont Dr  
Collingdale  PA   19023-1022

Petition Filed Date: 08/31/2020  
341 Hearing Date: 10/14/2020  
Confirmation Date: 02/11/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $309.00 | | 09/19/2022 | $309.00 | | 10/18/2022 | $309.00 | |
| 11/15/2022 | $309.00 | | 12/12/2022 | $309.00 | | 01/11/2023 | $309.00 | |
| 02/08/2023 | $309.00 | | 03/07/2023 | $309.00 | | 04/04/2023 | $309.00 | |
| 05/02/2023 | $309.00 | | 05/31/2023 | $309.00 | | 06/27/2023 | $309.00 | |
| 07/26/2023 | $309.00 | | | | | | | |

**Total Receipts for the Period:  $4,017.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $7,728.02**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | RONALD G MC NEIL, ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CARE PAVILION NURSING & REHAB CTR PA LP »» 01S | Secured Creditors | $4,275.20 | $4,275.20 | $0.00 |
| 2 | JP MORGAN CHASE BANK NA »» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 003 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 4 | MIDFIRST BANK »» 004 | Mortgage Arrears | $14.52 | $14.52 | $0.00 |
| 5 | QUANTUM3 GROUP LLC »» 005 | Unsecured Creditors | $415.64 | $0.00 | $415.64 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $1,952.81 | $0.00 | $1,952.81 |
| 7 | CITIBANK NA »» 007 | Unsecured Creditors | $5,849.19 | $0.00 | $5,849.19 |
| 8 | DOUGLASS WEST & ASSOCIATES »» 008 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 9 | CARE PAVILION NURSING & REHAB CTR PA LP »» 01U | Unsecured Creditors | $25,376.82 | $0.00 | $25,376.82 |
| 10 | GREENSKY LLC »» 009 | Unsecured Creditors | $8,956.32 | $2,523.42 | $6,432.90 |
| 0 | KENNETH E WEST ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

Chapter 13 Case No. 20-13545-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,728.02 | Current Monthly Payment: | $309.00 |
| Paid to Claims: | $6,813.14 | Arrearages: | ($618.00) |
| Paid to Trustee: | $633.69 | Total Plan Base: | $14,835.02 |
| Funds on Hand: | $281.19 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.