United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Erika M Stevenson  
    Debtor

Case No. 20-13545-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 23, 2024      Form ID: 138OBJ      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Erika M Stevenson, 324 Westmont Dr, Collingdale, PA 19023-1022 |
| 14534121 | | Bureau Of Individual Taxes, PO Box 280431, Harrisburg, PA 17128-0431 |
| 14534123 | + | Care Pavilion Nursing and Rehab Ctr, c/o Robert M. Morris, Esq., Morris & Adelman PC, PO Box 2235, Bala Cynwyd, PA 19004-6235 |
| 14575450 | + | Douglass, West and Associates, 830 Lansdowne Avenue, Drexel Hill PA 19026-1541 |
| 14534129 | | Hospital Billing - CHOP, PO Box 787802, Philadelphia, PA 19178-7802 |
| 14534505 | | Jessica Williams, 324 Westmont Drive, Collingdale PA 19023-1022 |
| 14534130 | | Jonathan H. Stanwood, LLC, 8 Penn Ctr Ste 1000, Philadelphia, PA 19103-2100 |
| 14546581 | + | MIDFIRST BANK, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14534134 | | Morris & Adelman PC, PO Box 2235, Bala Cynwyd, PA 19004-6235 |
| 14534137 | | PowerPay, PO Box 546, Conshohocken, PA 19428-0546 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 24 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14547705 | | Email/Text: amps@manleydeas.com | Jan 24 2024 00:23:00 | Chase Auto Finance, c/o Karina Velter, Esq., Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14558201 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 00:32:04 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14534124 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2024 00:23:00 | Comenity Bank - Lands' End, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14534122 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jan 24 2024 00:23:00 | Bureau of UC Benefits and Allowances, PO Box 67503, Harrisburg, PA 17106-7503 |
| 14534125 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jan 24 2024 00:23:00 | Franklin Mint FCU, 5 Hillman Dr # 100, Chadds Ford, PA 19317-9752 |
| 14534126 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Jan 24 2024 00:23:00 | Franklin Mint Federal Credit Union, PO Box 1907, Media, PA 19063 |
| 14534127 | ^ | MEBN | Jan 24 2024 00:20:38 | GreenSky Program, Att.: Disputes, PO Box 29429, Atlanta, GA 30359-0429 |
| 14534128 | | Email/Text: Harris@ebn.phinsolutions.com | Jan 24 2024 00:24:00 | Harris And Harris, LTD, 111 W Jackson Blvd Ste 400, Chicago, IL 60604-4135 |
| 14550944 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2024 00:31:59 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14534138 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2024 00:31:52 | Subaru Motors Finance, PO Box 901076, Fort Worth, TX 76101-2076 |

Case 20-13545-amc    Doc 59    Filed 01/25/24    Entered 01/26/24 00:35:21    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14534131 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2024 00:31:52 | L.L.Bean Mastercard, PO Box 6742, Sioux Falls, SD 57117-6742 |
| 14534132 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2024 00:32:03 | Lowes/Synchrony Bank, Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |
| 14546355 | ^ | MEBN | Jan 24 2024 00:20:49 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14553757 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 24 2024 00:32:04 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14534133 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jan 24 2024 00:31:58 | Midland Mortgage Co., P.O. Box 26648, Attn: Customer Service Center, Oklahoma City, OK 73126-0648 |
| 14534135 | | Email/Text: electronicbkydocs@nelnet.net | Jan 24 2024 00:23:00 | Nelnet, PO Box 82561, Lincoln, NE 68501-2561 |
| 14534136 | | Email/Text: bnc@nordstrom.com | Jan 24 2024 00:23:57 | Nordstrom, FSB, PO Box 13589, Scottsdale, AZ 85267-3589 |
| 14557509 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2024 00:31:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14551442 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14556578 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2024 00:23:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Chase Auto Finance amps@manleydeas.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 23, 2024 | Form ID: 138OBJ | Total Noticed: 31 |

MARK A. CRONIN
    on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

RONALD G. MCNEIL, Esquire
    on behalf of Debtor Erika M Stevenson r.mcneil@verizon.net

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Erika M Stevenson
       Debtor(s)

Case No: 20−13545−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

       900 Market Street
       Suite 400
       Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/23/24